UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS COOK,<br><br>    Petitioner,<br><br>    v.<br><br>T. GONZALES,<br><br>    Respondent. | CASE NO. SA CV 11-1792-GHK (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 7/22/12.

/s/ George H. King

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\COOK, C 1792\Judgment.wpd